UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Century ML Cable Corporation and Century
ML Cable Venture,
    Plaintiffs,
        v.
Rafael Montero, et al.,
    Defendants.

CASE NUMBER: 97-1531 (HL)

| MOTION |
|---|
| Date Filed: 9/10/98    Docket #17    [x] Plffs [] Defts<br>Title: Motion for Issuance of Permanent Injunction and a Default Damages Judgment<br>Opp'n Filed:    Docket # |

| ORDER |
|---|
| The Court grants Plaintiffs' Motion for Issuance of Permanent Injunction and a Default Damages Judgment against Defendant Rafael Montero. Judgment shall be entered accordingly. |

Date 10-14-99    HECTOR M. LAFFITTE
                      Chief U.S. District Judge

Rec'd:    EOD:

By:    #

