ENTERED ON DOCKET
10/18/99
PURSUANT
TO FRCP RULES 58 & 79n

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

CENTURY ML CABLE
CORPORATION and
CENTURY ML CABLE VENTURE,
  Plaintiffs,

v.

RAFAEL MONTERO, et al.,
  Defendants.

Civil No. 97-1531 (HL)

RECEIVED & FILED
99 OCT 18 AM 11:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

The Court having issued an order on this same date, judgment is hereby entered against Defendant Rafael Montero in the amount of $20,000 as statutory compensatory damages under 47 U.S.C. § 553(c)(3)(C)(A)(ii) (West 1991) for Defendant Rafael Montero's two acts in violation of 47 U.S.C. § 553(a)(1) (West 1991). Judgment is further entered against Defendant Rafael Montero in the amount of $100,000 for his two willful violations of this statute. See 47 U.S.C. § 553(c)(3)(B) (West 1991).

The Court enters judgment against Defendant for a permanent injunction preventing Defendant from the modification, sale, transfer, advertisement and/or offer for sale, modification, manufacture, storage and distribution of cable television decoding devices and related equipment and/or the rendering of any assistance whatsoever in the sale, transfer, advertisement, modification, manufacture, storage or distribution of such equipment, with such equipment including but not limited to cable television decoders,



AO 72A
(Rev.8/82)

Civil No. 97-1531 (HL)

converters, descramblers, descrambling cubes, bullet proofers, converter-decoder combination units, integrated circuits, test kits, chips, E proms and circuit boards. Jurisdiction is retained by the Court for the purpose of enabling Plaintiffs to apply to this Court at any time for enforcement of this permanent injunction and for punishment of any violations thereof.

Finally, judgment in the amount of $2,400.30 is entered against Defendant for Plaintiffs' costs and attorneys fees. See 47 U.S.C. § 605(e)(3)(B)(iii) (West 1991).

IT IS SO ORDERED
In San Juan, Puerto Rico
This 15th day of October, 1999

---
HECTOR M. LAFFITTE
Chief United States District Judge

2

AO 72A
(Rev.8/82)